IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                          CASE NO. 19-23098

Syed S Ibrahim                                                  CHAPTER 13

Debtor(s).                                                      JUDGE Jacqueline P. Cox

**AGREED ORDER CONDITIONING THE AUTOMATIC STAY**

On the motion of American Financial Resources, Inc., a New Jersey Corporation, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of American Financial Resources, Inc., a New Jersey Corporation, its successors and/or assignees in the real property, commonly known as 4845 West Davis Street, Skokie, Illinois 60077, shall continue in effect under the following conditions:

1. The debtor(s) shall make the following stipulation payments timely and directly to American Financial Resources, Inc., a New Jersey Corporation. These payments include post-petition attorney fees/costs in the amount of $1,031.00. If any of the following payments are not received by its due date or are returned NSF, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default:

    a) $171.84 plus the 2/1/2020 regular payment due on or before the end of the month.
    b) $171.84 plus the 3/1/2020 regular payment due on or before the end of the month.
    c) $171.84 plus the 4/1/2020 regular payment due on or before the end of the month.
    d) $171.84 plus the 5/1/2020 regular payment due on or before the end of the month.
    e) $171.84 plus the 6/1/2020 regular payment due on or before the end of the month.
    f) $171.80 plus the 7/1/2020 regular payment due on or before the end of the month.

2. The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreements.

3. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraph 1 & 2, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney

for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 4845 West Davis Street, Skokie, Illinois 60077. Movant shall file a Notice of Termination with the Court in the event the stay is terminated pursuant to this paragraph.

4. In the event of a default, the Debtor(s) shall tender the required funds along with a $100.00 service fee, payable to American Financial Resources, Inc., a New Jersey Corporation, to the offices of Anselmo Lindberg & Associates LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $100.00 service fee will be collectible against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

DATED:                                                ENTER:

_____
Bankruptcy Judge

_____
Attorney for Creditor

_____
Attorney for Debtor(s)

Nisha B. Parikh | ARDC #6298613
Crystal V. Caceres | ARDC #6300765
Theodore Konstantinopoulos | Ohio Bar #0065542
Anselmo Lindberg & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B19080047
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**