Form G5 (20200101_bko)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| In Re: | ) | Case Number: 19-23098 |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Syed S. Ibrahim | ) | Chapter: 13 |
|  | ) | Honorable Jacqueline Cox |
|  | ) |  |
| Debtor(s) | ) |  |

### AGREED ORDER

This cause coming on to be heard on the motion of Ford Motor Credit Company LLC dba Lincoln Automotive Financial Services and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit FORD MOTOR CREDIT COMPANY LLC dba Lincoln Automotive Financial Services to take possession of and foreclose its security interest in a certain 2019 Lincoln MKT, VIN 2LMHJ5NK8KBL02998.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 5-18-20

**Prepared by:**
Christopher H. Purcell
Sherman & Purcell LLP
112 Cary Street
Cary, Illinois 60013
Shermlaw13@aol.com
Phone: (312) 372-1487
Attorney for Ford Motor Credit Company LLC